AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO. 1:25-cv-14539 | DATE FILED 12/01/2025 | United States District Court<br>Northern District of Illinois |
| PLAINTIFF | | DEFENDANT |
| Lauren Maree Edmonds | | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | R. Cornejo | 07/09/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-710**
**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Blue Quaker Monk Parakeets

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 19, 2018
**Nation of 1st Publication:** Australia

## Author

- **Author:** Lauren Maree Edmonds
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Lauren Maree Edmonds
47/9 Houghton Street, Petrie, 4502, Australia

## Rights and Permissions

**Name:** Lauren Maree Edmonds
**Email:** hello@maratusfunk.com.au
**Address:** 47/9 Houghton Street
Petrie 4502 Australia

## Certification

**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** LE2025050205



# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-714**

**Effective Date of Registration:**
May 02, 2025

**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Cockatiel Screm

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 28, 2017
**Nation of 1st Publication:** Australia

## Author

- **Author:** Lauren Maree Edmonds
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Lauren Maree Edmonds
47/9 Houghton Street, Petrie, 4502, Australia

## Rights and Permissions

**Name:** Lauren Maree Edmonds
**Email:** hello@maratusfunk.com.au
**Address:** 47/9 Houghton Street
Petrie 4502 Australia

## Certification

**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** LE2025050207


AAAAAAAAAAAAAAAAAA
Screm
Screm

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-718**
**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Colour of Conures

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** February 28, 2018
**Nation of 1st Publication:** Australia

## Author

- **Author:** Lauren Maree Edmonds
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Lauren Maree Edmonds
47/9 Houghton Street, Petrie, 4502, Australia

## Rights and Permissions

**Name:** Lauren Maree Edmonds
**Email:** hello@maratusfunk.com.au
**Address:** 47/9 Houghton Street
Petrie 4502 Australia

## Certification

**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** LE2025050209



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-722**
**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Parrots Comic Style

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** March 27, 2018
**Nation of 1st Publication:** Australia

## Author

- **Author:** Lauren Maree Edmonds
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Lauren Maree Edmonds
47/9 Houghton Street, Petrie, 4502, Australia

## Rights and Permissions

**Name:** Lauren Maree Edmonds
**Email:** hello@maratusfunk.com.au
**Address:** 47/9 Houghton Street
Petrie 4502 Australia

## Certification

**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** LE2025050211


SCREM
ATTAC
BEEP!
BEEP!
MEANWHILE...
AAA
WAH
Whatcha doin'?
OON...
Wot?
SCREM!
SUSPENSE INTENSIFIES
STRONK!

# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-695**
**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Baby Sloth

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 19, 2017
**Nation of 1st Publication:** Australia

## Author

- **Author:** Lauren Maree Edmonds
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Lauren Maree Edmonds
47/9 Houghton Street, Petrie, 4502, Australia

## Rights and Permissions

**Name:** Lauren Maree Edmonds
**Email:** hello@maratusfunk.com.au
**Address:** 47/9 Houghton Street
Petrie 4502 Australia

## Certification

**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** LE2025050202


*baby sloth noises*

# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-717**
**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Cockatiels Galore

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 15, 2018
**Nation of 1st Publication:** Australia

## Author

- **Author:** Lauren Maree Edmonds
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Lauren Maree Edmonds
47/9 Houghton Street, Petrie, 4502, Australia

## Rights and Permissions

**Name:** Lauren Maree Edmonds
**Email:** hello@maratusfunk.com.au
**Address:** 47/9 Houghton Street
Petrie 4502 Australia

## Certification

**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** LE2025050208



# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-459-548**
**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
August 27, 2025

## Title

**Title of Work:** Ammonite & Space II

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 27, 2016
**Nation of 1st Publication:** Australia

## Author

- **Author:** Lauren Maree Edmonds
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Lauren Maree Edmonds
47/9 Houghton Street, Petrie, 4502, Australia

## Rights and Permissions

**Name:** Lauren Maree Edmonds
**Email:** hello@maratusfunk.com.au
**Address:** 47/9 Houghton Street
Petrie 4502 Australia

## Certification

**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** LE2025050201



# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-719**
**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** D20 Dice Set Pattern

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** April 23, 2018
**Nation of 1st Publication:** Australia

## Author

- **Author:** Lauren Maree Edmonds
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Lauren Maree Edmonds
47/9 Houghton Street, Petrie, 4502, Australia

## Rights and Permissions

**Name:** Lauren Maree Edmonds
**Email:** hello@maratusfunk.com.au
**Address:** 47/9 Houghton Street
Petrie 4502 Australia

## Certification

**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** LE2025050210



# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-697**
**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Bananaaaa! - Cockatiel Banana Pattern

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** April 19, 2018
**Nation of 1st Publication:** Australia

## Author

- **Author:** Lauren Maree Edmonds
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Lauren Maree Edmonds
47/9 Houghton Street, Petrie, 4502, Australia

## Rights and Permissions

**Name:** Lauren Maree Edmonds
**Email:** hello@maratusfunk.com.au
**Address:** 47/9 Houghton Street
Petrie 4502 Australia

## Certification

**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** LE2025050203



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-730**
**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Sun Conures

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** March 02, 2018
**Nation of 1st Publication:** Australia

## Author

- **Author:** Lauren Maree Edmonds
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Lauren Maree Edmonds
47/9 Houghton Street, Petrie, 4502, Australia

## Rights and Permissions

**Name:** Lauren Maree Edmonds
**Email:** hello@maratusfunk.com.au
**Address:** 47/9 Houghton Street
Petrie 4502 Australia

## Certification

**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** LE2025050212



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-709**
**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Bin Chicken

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 17, 2017
**Nation of 1st Publication:** Australia

## Author

- **Author:** Lauren Maree Edmonds
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Lauren Maree Edmonds
47/9 Houghton Street, Petrie, 4502, Australia

## Rights and Permissions

**Name:** Lauren Maree Edmonds
**Email:** hello@maratusfunk.com.au
**Address:** 47/9 Houghton Street
Petrie 4502 Australia

## Certification

**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** LE2025050204


BIN
CHICKEN

# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-711**
**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Caique Parrots

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 19, 2020
**Nation of 1st Publication:** Australia

## Author

- **Author:** Lauren Maree Edmonds
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Lauren Maree Edmonds
47/9 Houghton Street, Petrie, 4502, Australia

## Rights and Permissions

**Name:** Lauren Maree Edmonds
**Email:** hello@maratusfunk.com.au
**Address:** 47/9 Houghton Street
Petrie 4502 Australia

## Certification

**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** LE2025050206



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LAUREN MAREE EDMONDS,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No. 25-cv-14539

**Judge Jeffrey I. Cummings**

**Magistrate Judge Albert Berry, III**

**DEFAULT FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff LAUREN MAREE EDMONDS ("Edmonds" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Edmonds having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Edmonds having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Edmonds has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Edmonds's federally registered copyrights, which are protected by United States Copyright Registration Nos. VA 2-453-710; VA 2-453-714; VA 2-453-718; VA 2-453-722; VA 2-453-695; VA 2-453-717; VA 2-459-548; VA 2-453-719; VA 2-453-697; VA 2-453-730; VA 2-453-709; and VA 2-453-711 (the "Lauren Edmonds Works") to residents of Illinois. In this case, Edmonds has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can purchase products using infringing versions of the Lauren Edmonds Works. *See* Docket No. [19], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing, and able to ship its unauthorized goods to customers in Illinois bearing infringing versions of the Lauren Edmonds Works.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Edmonds's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Final Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Lauren Edmonds Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Lauren Edmonds product or not authorized by Edmonds to be sold in connection with the Lauren Edmonds Works;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Lauren Edmonds product or any other product produced by Edmonds, that is not Edmonds's or not produced under the authorization, control, or supervision of Edmonds and approved by Edmonds for sale under the Lauren Edmonds Works;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Edmonds, or are sponsored by, approved by, or otherwise connected with Edmonds; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Edmonds, nor authorized by Edmonds to be sold

or offered for sale, and which bear any of Edmonds's copyrights, including the Lauren Edmonds Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Lauren Edmonds Works; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Lauren Edmonds Works or any reproductions, infringing copies, or colorable imitations thereof that is not a genuine Lauren Edmonds product or not authorized by Edmonds to be sold in connection with the Lauren Edmonds Works.

3. Upon Edmonds's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Lauren Edmonds Works.

4. Pursuant to 17 U.S.C. § 504(c)(2), Edmonds is awarded statutory damages from each of the Defaulting Defendants in the amount of fifteen thousand dollars ($15,000) for willful

use of infringing Lauren Edmonds Works on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, are hereby released to Edmonds as partial payment of the above-identified damages, and Third Party Providers, including Amazon, are ordered to release to Edmonds the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Edmonds has recovered full payment of monies owed to Plaintiff by any Defaulting Defendant, Edmonds shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Edmonds identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Edmonds may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Lauren Maree Edmonds and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The Ten Thousand Dollar ($10,000) surety bond posted by Edmonds is hereby released to Edmonds or Plaintiff's counsel, Jiang IP LLC, 33 W Jackson Blvd, #2W, Chicago, Illinois,

60604. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Edmonds or Plaintiff's counsel.

This is a Default Final Judgment.

Dated: July 8, 2026

Cummings
District Judge

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ ROBERTO CORNEJO
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
July 9, 2026

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | 团辉五金店 |
| 16 | |
| 17 | |
| 18 | luohuimukaifushi |
| 19 | guangzhouchangxiang |
| 20 | |
| 21 | HongDongXianMoKaiShangMaoYouXianGongSi |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | nanyangshilongquanshangmaoyouxiangongsi |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | ZhuZhouBinYiShangMaoYouXianGongSi |
| 36 | |

| | |
|---|---|
| 37 | ZhuShanXianXiongDiYuanSongShiZhuBaoZhongXin |
| 38 | |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | ChenKaiMaoYi |
| 44 | |
| 45 | |
| 46 | jiaguozheng |
| 47 | |
| 48 | |
| 49 | |
| 50 | |